```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04971
   WANDA R CAMPBELL
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0503
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1. The case was filed on 03/03/08 .

    2. The case was converted to Chapter 7 without confirmation, 04/24/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE TRAIL CREDIT UNI | UNSECURED | NOT FILED | .00 | .00 |
| SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLL & RECOVERY SE | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3500.00
and was paid $    500.00 direct and $      .00 through the plan.

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 07/21/08                     /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 08 B 04971 WANDA R CAMPBELL
```