**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CAMPBELL, WANDA § | Case No. 08-04971-BWB |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/29/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/29/2009        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAMPBELL, WANDA                                    § Case No. 08-04971-BWB
                                                          §
                                                          §
Debtor(s)                                                 §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   17,503.84 |
| *and approved disbursements of* | $        350.00 |
| *leaving a balance on hand of* [1] | $   17,153.84 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*
                         N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $   2,500.31 | $ |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $   4,650.00 | $   93.23 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Alan D. Lasko | $   1,667.70 | $   16.05 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,314.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 001 | PRAIRIE TRAIL CREDIT UNION | $ 2,080.19 | $ 424.44 |
| 002 | REAL TIME RESOLUTIONS, INC. | $ 34,084.16 | $ 6,954.52 |
| 003 | STATE COLLECTION & RECOVERY SERVICE | $ 663.03 | $ 135.28 |
| 004 | CREDITORS DISCOUNT AND AUDIT | $ 900.00 | $ 183.64 |
| 005 | ASSET ACCEPTANCE LLC | $ 385.36 | $ 78.63 |
| 007 | JEFFERSON CAPITAL SYSTEMS LLC | $ 1,167.06 | $ 238.13 |
| 009 | FINANCE SERVICE OF NORWALK | $ 36.00 | $ 7.35 |
| 012 | VISION FINANCIAL SERVICES | $ 999.00 | $ 203.84 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 2                   Date Rcvd: Dec 30, 2009
Case: 08-04971                 Form ID: pdf006              Total Noticed: 41

The following entities were noticed by first class mail on Jan 01, 2010.
db           +Wanda R Campbell,    221 S. Oneill Street,    Joliet, IL 60436-1446
aty          +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1507
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Patrick A Meszaros,    Law Offices Of Patrick A Meszaros,    1100 W. Jefferson Street,
               Joliet, IL 60435-6814
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12179947     +Acc International,    Acc Bldg,    919 Estes Court,    Schaumburg, IL 60193-4427
12179948     +Accb,    Pob 560855,    Rockledge, FL 32956-0855
12000741     +AmeriCash Loans,    1726 Jefferson Blvd.,    Joliet, IL 60435-6741
12000742      Aspire,    Payment Processing,    P.O. Box 23007,    Columbus, GA 31902-3007
12179949     +AssetCare,    5100 Peachtree Industrial Blvd,    Norcross,GA 30071-5721
12000743     +Blitt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr. Suite 400,    Chicago, IL 60606-4440
12000744      Chase Home Finance,    P.O. Box 78116,    Phoenix, AZ 85062-8116
12045987    +++Chase Manhattan,    c/o Real Time Resolutions, Inc.,    1750 Regal Row Suite 120,
               Dallas Texas 75235-2287
12000746     +Codilis & Associates,    15W030 N. Frontage Rd. Ste. 100,    Darien, IL 60527-6921
12064214     +Creditors Discount & Audit,    Michael R Naughton,    Attorney for Plaintiff,    PO Box 10,
               Manhattan, IL 60442-0010
12000747     +Creditors Discount & Audit Co,    415 E. Main Street,    P.O. Box 213,    Streator, IL 61364-0213
12179950     +Finance Service of Norwalk,    37 W Main Street suite 100,    Norwalk,OH 44857-1437
12102881    +++Jefferson Capital Systems LLC,    PO Box 7999,    Saint Cloud, MN 56302-7999
12000748     +Joliet Fire Department,    c/o Creditors Discount and Audit,    P.O. Box 213,
               Streator, IL 61364-0213
12179952     +Law Office of Michael Naughton,    Pob 10,    Manhattan, IL 60442-0010
12179953     +Lincolnway Medical Associates,    Pob 1184,    Bedford Park,IL 60499-1184
12000750      MedCLear, Inc,    507 Prudential Rd.,    Horsham, PA 19044-2308
12179954     +Medical Recovery Specialist,    2350 East Devon Ave suite 225,    Des Plaines, IL 60018-4602
12000751     +Midland Credit Management,    P.O. Box 939019,    San Diego, CA 92193-9019
12179955     +NCO Financial,    4601 Sauk Trail 3rd flr,    Richton Park, IL 60471-1473
12000752     +OSI Collection Services,    1375 E. Woodfield R.  #110,    Schaumburg, IL 60173-5423
12179956     +Paragon Way Inc,    2101 W Ben White B #103,    Austin, TX 78704-7517
12000753     +PayDay Loan Store,    1551 Plainfield Rd.,    Joliet, IL 60435-3772
12000754     +Prarie Trail Credit Union,    2350 W McDonough St,    Joliet, IL 60436-1089
13075302    ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
              (address filed with court: Real Time Resolutions, Inc.,     1750 Regal Row Suite 120,
               PO Box 36655,    Dallas Texas 75235)
12000755     +Security Financial Service,    204 E. Main Street,    Spartanburg, SC 29306-5127
12000756     +Silver Cross Hospital,    1200 Maple Road,    Joliet, IL 60432-1497
12179958     +Silver Cross Hospital,    Payment Processing Center,    Pob 100,    Joliet,IL 60434-0100
12000757     +State Collection & Recovery Service,    2115 George Street,    PO Box 767,
               Sandusky, OH 44871-0767
12000758     +Triad Financial Group,    P.O. Box 3299,    Huntington Beach, CA 92605-3299
12179959     +Vision Financial Services,    Pob 1768,    LaPorte,IN 46352-1768
The following entities were noticed by electronic transmission on Dec 30, 2009.
12084341     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               Assignee/SBC,    PO Box 2036,    Warren MI 48090-2036
12179951     +Fax: 419-660-2902 Dec 30 2009 23:09:07      Fisher Titus Medical Center,    272 Benedict Ave,
               Norwalk, OH 44857-2374
12000749     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding,
               PO Box 10497,    Greenville, SC 29603-0497
12179957     +E-mail/Text: tmiller@rgsfinancial.com                            RGS Collections Inc,
               3333 Earhart Drive suite 150,    Carrollton, TX 75006-5152
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan D Lasko & Associates
12034151      Prairie Trail Credit Union
12000745*    +Chase Home Finance,    P.O. Box 78116,    Phoenix, AZ 85062-8116
12100324*   +++Chase Manhattan,    c/o Real Time Resolutions Inc,    1750 Regal Row Suite 120,
               Dallas, Texas 75235-2287
13538384*   ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
              (address filed with court: Real Time Resolutions, Inc.,     1750 Regal Row Suite 120,
               PO Box 36655,    Dallas Texas 75235)
                                                                                               TOTALS: 2, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: dwilliams          Page 2 of 2              Date Rcvd: Dec 30, 2009
Case: 08-04971                Form ID: pdf006          Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2010**                    **Signature:**      *Joseph Speetjens*