# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: CAMPBELL, WANDA | § Case No. 08-04971-BWB |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $170,000.00 | Assets Exempt: $17,725.00 |
| Total Distribution to Claimants: $8,227.89 | Claims Discharged Without Payment: $32,086.91 |
| Total Expenses of Administration: $9,277.29 | |

3) Total gross receipts of $ 17,505.18 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $17,505.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $34,084.16 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,277.29 | 9,277.29 | 9,277.29 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,163.19 | 40,314.80 | 8,227.89 |
| **TOTAL DISBURSEMENTS** | $0.00 | $86,524.64 | $49,592.09 | $17,505.18 |

4)  This case was originally filed under Chapter 7 on April 24, 2008.
.  The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/12/2010 _____    By: _/s/THOMAS B. SULLIVAN, TRUSTEE____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1599 CALIFORNIA AVENUE, JOLIET, IL | 1110-000 | 17,500.00 |
| Interest Income | 1270-000 | 5.18 |
| **TOTAL GROSS RECEIPTS** | | $17,505.18 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE MANHATTAN | 4110-000 | N/A | 34,084.16 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $34,084.16 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,500.31 | 2,500.31 | 2,500.31 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 93.23 | 93.23 | 93.23 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 4,650.00 | 4,650.00 | 4,650.00 |
| Alan D. Lasko | 3410-000 | N/A | 1,667.70 | 1,667.70 | 1,667.70 |
| Alan D. Lasko | 3420-000 | N/A | 16.05 | 16.05 | 16.05 |
| KIM WIRTZ-PRINCE | 2990-000 | N/A | 350.00 | 350.00 | 350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,277.29 | 9,277.29 | 9,277.29 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRAIRIE TRAIL CREDIT UNION | 7100-000 | N/A | 2,080.19 | 2,080.19 | 424.55 |
| REAL TIME RESOLUTIONS, INC. | 7100-000 | N/A | 34,084.16 | 34,084.16 | 6,956.26 |
| STATE COLLECTION & RECOVERY SERVICE | 7100-000 | N/A | 663.03 | 663.03 | 135.32 |
| CREDITORS DISCOUNT AND AUDIT | 7100-000 | N/A | 900.00 | 900.00 | 183.68 |
| ASSET ACCEPTANCE LLC | 7100-000 | N/A | 385.36 | 385.36 | 78.65 |
| JEFFERSON CAPITAL SYSTEMS LLC | 7100-000 | N/A | 1,167.06 | 1,167.06 | 238.19 |
| ASSET ACCEPTANCE LLC | 7100-000 | N/A | 385.36 | 0.00 | 0.00 |
| FINANCE SERVICE OF NORWALK | 7100-000 | N/A | 36.00 | 36.00 | 7.35 |
| CREDITORS DISCOUNT & AUDIT CO | 7100-000 | N/A | 900.00 | 0.00 | 0.00 |
| STATE COLLECTION & RECOVERY SERVICE | 7100-000 | N/A | 663.03 | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | 7100-000 | N/A | 999.00 | 999.00 | 203.89 |
| LAW OFC OF MICHAEL NAUGHTON | 7100-000 | N/A | 900.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 43,163.19 | 40,314.80 | 8,227.89 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 08-04971-BWB | Trustee: (330180) THOMAS B. SULLIVAN, TRUSTEE |
| Case Name: CAMPBELL, WANDA | Filed (f) or Converted (c): 04/24/08 (c) |
| | §341(a) Meeting Date: 06/03/08 |
| Period Ending: 03/12/10 | Claims Bar Date: 04/09/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 221 S. ONEILL, JOLIET, IL | 170,000.00 | 12,849.00 | DA | 0.00 | FA |
| 2 | 1599 CALIFORNIA AVENUE, JOLIET, IL | 69,900.00 | 54,900.00 | | 17,500.00 | 0.00 |
| 3 | PRAIRIE TRAIL CREDIT UNION | 25.00 | 0.00 | | 0.00 | FA |
| 4 | FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 1993 CADILLAC SEDAN | 1,200.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.18 | FA |
| 7 | Assets      Totals (Excluding unknown values) | **$242,625.00** | **$67,749.00** | | **$17,505.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

ADVERSARY PENDING TO SELL REAL ESTATE

**Initial Projected Date Of Final Report (TFR):**      June 30, 2009          **Current Projected Date Of Final Report (TFR):**      December 29, 2009  (Actual)

Printed: 03/12/2010 10:00 AM    V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-04971-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Case Name: | CAMPBELL, WANDA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | 54-6848408 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/12/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/09 | {2} | JOANNE CROWDER | SETTLEMENT REGARDING REAL ESTATE | 1110-000 | 17,500.00 | | 17,500.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 17,500.30 |
| 06/30/09 | 1001 | KIM WIRTZ-PRINCE | APPRAISAL FEE/MARKET ANALYSIS FEE | 2990-000 | | 350.00 | 17,150.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,151.02 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,151.74 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,152.43 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 17,153.12 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,153.84 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,154.56 |
| 01/28/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.62 | | 17,155.18 |
| 01/28/10 | | To Account #*******6466 | TRANSFER FUNDS TO PREPARE FOR<br>FINAL DISTRIBUTION | 9999-000 | | 17,155.18 | 0.00 |

|  |  | ACCOUNT TOTALS | 17,505.18 | 17,505.18 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 17,155.18 | |
| | | **Subtotal** | **17,505.18** | **350.00** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$17,505.18** | **$350.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-04971-BWB |
| **Case Name:** | CAMPBELL, WANDA |
| **Taxpayer ID #:** | 54-6848408 |
| **Period Ending:** | 03/12/10 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****64-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/28/10 | | From Account #********6465 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 17,155.18 | | 17,155.18 |
| 01/29/10 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,500.31, Trustee Compensation;  Reference: | 2100-000 | | 2,500.31 | 14,654.87 |
| 01/29/10 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $93.23, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 93.23 | 14,561.64 |
| 01/29/10 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $4,650.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,650.00 | 9,911.64 |
| 01/29/10 | 104 | Alan D. Lasko | Dividend paid 100.00% on $1,667.70, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,667.70 | 8,243.94 |
| 01/29/10 | 105 | Alan D. Lasko | Dividend paid 100.00% on $16.05, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 16.05 | 8,227.89 |
| 01/29/10 | 106 | PRAIRIE TRAIL CREDIT UNION | Dividend paid  20.40% on $2,080.19; Claim# 001; Filed: $2,080.19; Reference: | 7100-000 | | 424.55 | 7,803.34 |
| 01/29/10 | 107 | REAL TIME RESOLUTIONS, INC. | Dividend paid  20.40% on $34,084.16; Claim# 002; Filed: $34,084.16; Reference: | 7100-000 | | 6,956.26 | 847.08 |
| 01/29/10 | 108 | STATE COLLECTION & RECOVERY SERVICE | Dividend paid  20.40% on $663.03; Claim# 003; Filed: $663.03; Reference: | 7100-000 | | 135.32 | 711.76 |
| 01/29/10 | 109 | CREDITORS DISCOUNT AND AUDIT | Dividend paid  20.40% on $900.00; Claim# 004; Filed: $900.00; Reference: | 7100-000 | | 183.68 | 528.08 |
| 01/29/10 | 110 | ASSET ACCEPTANCE LLC | Dividend paid  20.40% on $385.36; Claim# 005; Filed: $385.36; Reference: | 7100-000 | | 78.65 | 449.43 |
| 01/29/10 | 111 | JEFFERSON CAPITAL SYSTEMS LLC | Dividend paid  20.40% on $1,167.06; Claim# 007; Filed: $1,167.06; Reference: | 7100-000 | | 238.19 | 211.24 |
| 01/29/10 | 112 | FINANCE SERVICE OF NORWALK | Dividend paid  20.40% on $36.00; Claim# 009; Filed: $36.00; Reference: | 7100-000 | | 7.35 | 203.89 |
| 01/29/10 | 113 | VISION FINANCIAL SERVICES | Dividend paid  20.40% on $999.00; Claim# 012; Filed: $999.00; Reference: | 7100-000 | | 203.89 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | | | 17,155.18 | 17,155.18 | $0.00 |
| | Less: Bank Transfers | | | | 17,155.18 | 0.00 | |
| | **Subtotal** | | | | 0.00 | 17,155.18 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | | $0.00 | $17,155.18 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-04971-BWB |
| Case Name: | CAMPBELL, WANDA |
| Taxpayer ID #: | 54-6848408 |
| Period Ending: | 03/12/10 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****64-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****64-65** | 17,505.18 | 350.00 | 0.00 |
| **Checking # ***-*****64-66** | 0.00 | 17,155.18 | 0.00 |
| | $17,505.18 | $17,505.18 | $0.00 |